# Exhibit 1

To whom it may concern,

Kyle Benton is my close friend and part of my found family. I love him and want to support him any way that I can, as he has done for me. I welcome him to stay at my home so he can meet any requirements for him to be able to rejoin society as a father and worker. I would be happy to provide him a room and the means to meet whatever expectations given to him by the court and parole officer. I would follow any instruction to ensure his compliance for parole, including reporting any lack of compliance. I am trustworthy and invested in his full return to his family.

Kyle has been a caring friend to me for the last year. I've had many personal struggles and changes that Kyle has talked me through, given me hugs, and offered support. Kyle has helped watch my children and has protected them as his own when on a family trip home from Disneyland, an armed homeless person threatened my son. The SeaTac security was unable to do anything about the man who threatened my son, but Kyle was able to make him leave by asserting himself and protecting my son with his words and presence alone. The security at SeaTac was not able to do the same. It was Kyle who kept my family safe, diffusing the situation with a calm sternness that transformed a truly traumatic situation for my son into one where he reflects when Kyle was "brave and kind".

I feel safe around Kyle as a non-binary Native American with a colorful family. My kids are native, my son expresses himself fluidly with gender, and their other parent is a transgender woman. Kyle has always been supportive and even curious to understand my family dynamics more. Kyle attended Snohomish Pride alongside his family, and even went to a pride family picnic with both our families. He has always been a safe person as long as I have known him as my friend. He has never swayed from his support.

Kyle has been there for me during painful and difficult times in my life when I needed someone to vent to and feel understood and seen, and he has always gone above and beyond doing that for me. He has hugged me and told me he's glad that I'm alive. He has cooked with me, taken the kids to the park, laughed and cried with me when I've really needed it. He is a caring, loving dad and a kind, thoughtful friend. He is a hard worker who is good at his job and passionate about being thorough. He has shown consistency and growth for the past 400 plus days and deserves recognition and support.

I admire the trials he has overcome, from what he's shared about me about spending much of his life indoctrinated into hatred that he no longer carries with him. He is full of light and love, often curious and self-motivated to fully understand the thinking of others to protect himself from being in the position to feel brain washed ever again. That is how he describes his past self, from years of being surrounded with ideology and belief that he has condemned and separated himself fully and consistently over a major shift in his life, where he chose family above all else. I have seen him follow this new path unflinchingly, and I am so proud of him.

Thank you for seeing him as the man he is, despite the man he was whom he feels deep regret for.

Avery Tobler