# Exhibit 2

Christopher Svendsen-Fausone                                                   September 22, 2024

▮▮▮▮▮▮

Marysville, WA. 98270

RE: Kyle Benton

To The Honorable Judge,

I am writing to provide a character reference for Kyle Benton, who is currently incarcerated. I have had the pleasure of knowing Kyle for over three years as both a friend and colleague, and during this time, I have had ample opportunity to observe his character and conduct.

Kyle has consistently demonstrated qualities of responsibility, dedication, trustworthiness, loyalty, and integrity. Although he and Bayliegh are not married, his commitment to her and their children is evident; his family means everything to him. He is a devoted and loving father who prioritizes his children's well-being. Whenever I've needed assistance—whether it was fixing something around the house or moving large items—Kyle has always been the first to offer his help. His willingness to support others, both personally and professionally, speaks volumes about his character.

I first met Kyle when I was hired as a Service Manager at Edge Pest Control, where he was one of my top technicians. I relied on him to manage challenging accounts and train new employees, and due to his dedication and skills, he quickly earned a leadership position. Our professional relationship blossomed into a friendship that has continued beyond my tenure at the company. About a year ago, Kyle stayed with my family for a month while he was working to get back on his feet. I welcomed him into my home without hesitation, fully trusting him with my family and my house. If my children were younger, I would have no reservations about letting him babysit them, as I know he is a genuinely wonderful and trustworthy person.

In summary, I wholeheartedly recommend Kyle Benton for release. His strong character, integrity, and unwavering commitment to his family and friends make him deserving of your consideration for release.

Sincerely,

Christopher Svendsen-Fausone

▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮