# Exhibit 4

Your Honour,

My name is Alyson Browder, and I have known Kyle Benton for about 3 years, we used to work together at Saela pest control. I understand that Kyle Benton must attend court due to gun charges. Kyle is an amazing father and a great friend. Throughout working together and even maintaining a friendship outside of work he has been nothing but supportive and kind to me. He has shown up to help through my darkest times when my depression is bad and always checking in on me. Kyle Benton is hardworking, trustworthy, kind, and a good father.


Yours truly,

Alyson Browder