THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-162-TL |
| Plaintiff, | |
| v. | (PROPOSED) ORDER GRANTING MOTION FOR REVIEW AND REVOCATION OF DETENTION ORDER |
| KYLE CHRISTOPHER BENTON, | |
| Defendant. | |

THE COURT has considered Kyle Benton's motion to review the Magistrate Judge's detention order pursuant to 18 U.S.C. § 3145(b), to issue an order revoking the prior detention order, and permitting Mr. Benton's release on conditions, along with the records in this case.

IT IS ORDERED that the detention order is revoked. Mr. Benton shall be released on bond with mandatory and special conditions.

DATED this ___ day of _____ 2024.

_____
TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
s/ *J. Leonardo Costales*
Assistant Federal Public Defenders
Attorneys for Kyle C. Benton

ORDER FOR REVIEW AND REVOCATION OF
DETENTION ORDER
(*U.S. v. Benton*, CR24-162-TL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100