# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>KYLE CHRISTOPHER BENTON,<br><br>　　　　　　　　Defendant. | CASE NO. 2:24-cr-00162-TL<br><br>ORDER ON MOTION TO SEAL |

　　　This matter is before the Court on Defendant Kyle Christopher Benton's Motion to Seal Exhibits. Dkt. No. 18. The Government did not file a response or otherwise note its opposition.

　　　Having reviewed the motion and the relevant record, the Court finds that there are compelling reasons to maintain some of the subject materials under seal, but not all. While the letter from Mr. Benton's therapist (Dkt. No. 20-2) may remain sealed, the other letters from family members (Dkt. Nos. 20, 20-1, 20-3) appear subject to targeted redactions rather than sealing in their entirety.

ORDER ON MOTION TO SEAL - 1

Accordingly, Mr. Benton's motion is GRANTED IN PART and DENIED IN PART. It is hereby ORDERED:

(1)  Docket No. 20-2 SHALL remain under seal.

(2)  If Mr. Benton wishes to maintain Docket Nos. 20, 20-1, and 20-3 under seal, he SHALL file properly redacted versions of these materials, along with a motion to seal, **by October 15, 2024**. Those materials SHALL remain under seal pending further rulings from this Court.

Dated this 8th day of October 2024.

Tana Lin
United States District Judge