# Exhibit 3

September 21, 2024

Your Honor,

I am writing to you in my capacity as Kyle Benton's brother in law to advocate for him. He and I have known one another for approximately 7 years. The day I first met Kyle he'd just returned from his deployment in Africa with the U.S. Army.

My first impression of him was that he was intelligent, respectful, kind, humble, open minded and genuinely good hearted. During our dinner that evening he had told his sister and I that more than anything he wanted to be a good father and create the kind of family he never had.

Before sharing further, I feel it pertinent to note my professional background given that I feel Kyle faced many of the same challenges as a youth and young adult that many of my clients over the years faced.

I've been working with at-risk, disadvantaged, foster, gang affected and homeless youth and their families for 20 years. I have also worked as a mental health consultant and personal coach with adults from all walks of life. Many of my contracts were with the Oregon Department of Human Services to provide non- traditional mentoring services to foster youth who the state deemed, "the hardest to serve" youth in the state of Oregon. My program worked with youth from ages 5 to 18.

My staff and I provided culturally specific, non-traditional therapeutic interventions primarily to Native, Latino and African American youth, as well as Caucasian youth. I also provided cultural awareness trainings to the State of Oregon, Multnomah County and City of Portland employees and service providers working with these populations of youth and their families.

During my initial talks with Kyle, he shared his family and African deployment history with me. One of the things that he confessed to me after returning from his deployment was that he felt "God would never forgive him for carrying out his orders in Africa."

When he told me that, it was professionally clear to me that he had genuine remorse for what he had to do there. [redacted]

According to Kyle, throughout his life, he lacked having trustworthy people around him. He grew up in unstable homes with unstable adults who physically and emotionally abused him and his siblings. This and what his Superiors ordered him to do in Africa, resulted in him feeling a deep need to protect himself and those he loves.

Kyle has done a great deal of therapeutic work to move through this fear and provide non-violent "protection" for his family by providing a stable home environment for the mother of his children, his children and himself. Prior to his arrest, he had accomplished a great deal providing a consistent stability and deep love for the mother of his children and children.

The therapeutic path he was on before he was arrested for possessing a firearm, was a non-violent and worthwhile path for both himself and his family. A path I witnessed him work so very hard to be on for the past 7 years.

To close, what has professionally and personally impressed me about Kyle over the years, is his consistent willingness to get professional and personal help and support to become the best version of himself.

What I've personally witnessed and experienced as the best version of himself is that he's a great brother in law and friend to me and I have a great deal of respect for him as a man who is dedicated to be a good husband, father, brother and friend.

Thank you for your time, Your Honor. I sincerely hope the information I have provided you will help you to make the best decision for the Court, Kyle and his family.


Sincerely,


C. Gregorio Acuña