AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| WESTERN | District of | WASHINGTON |

| UNITED STATES OF AMERICA | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| KYLE CHRISTOPHER BENTON | CASE NUMBER: 2:24-cr-00162-TL |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __KYLE CHRISTOPHER BENTON__ substitutes
(Party (s) Name)

__DAWN FARINA_____, State Bar No. __WA 18333__ as counsel of record in
(Name of New Attorney)

place of __Jorge Leonard Costales and Sara Brin, Federal Public Defender's Office (SEA)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Puget Law Group |
| Address: | 938 Broadway, Tacoma, Washington 98403 |
| Telephone: | (253) 627-4696       Facsimile (253) 617-1013 |
| E-Mail (Optional): | dawn@pugetlawgroup.com |

I consent to the above substitution.

Date:  Oct. 10. 2024

*Kyle Benton*
(Signature of Party (s))

I consent to being substituted.

Date:  10-15-24

*J. Leonardo Costales for self and Sara Brin*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  10-10-2024

*Dawn Farina*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  October 17, 2024

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]