# EXHIBIT 1

To the Honorable Tana Lin,

I hope this letter finds you well. I am writing you in an attempt to let you know about me so that when it comes time to make a decision in my sentencing, you have context of who I am. First and foremost, I don't intend anything I say to serve as an excuse, but merely an explanation for my actions that have led me to your court room.

I grew up facing violence and abuse a child and saw more of that overseas in the military in the Global War on Terror in a Combat Arms role, but this does not negate the fact that I knowingly possesed a machine gun and short barreled rifle unlawfully. The fault for that lies entirely upon me and my actions are my own. I have struggled through great strife to try and be a better man and I hope that this can mark the low point in my life where I take my final turn towards being the father and person I want to be.

Your Honor, when I was a kid, my siblings and I were witnesses and victims of domestic violence, emotional, physical, and sexual abuse. Our life was one of constant instability and hardship, but we got along anyway. My father went to prison when I was only 6 years old and I had to grow up without him in my life. My mother tried her best to give us a good life and through the adversity, I strove to be the best man I could be despite my lack of healthy role models, using the bad examples around me as a road map of what not to do. I was active in my community as a young man volunteering for a local St. Peters food bank on the weekends and playing school sports.

When I was 20, I expanded my community service to the Nation and joined the US Army as a front line Combat Infantryman where I experienced many traumatic events. In 2018 I was deployed in support of Operation Enduring Freedom and Operation Freedom Sentinel on the Combined Joint Task Force Horn of Africa, East African Response Force, Task Force Bayonet. During the summer of that year, somewhere near the Abu Sharif region near the border of Somalia and Djibouti, I was in a small unit with light weapons and unarmored vehicles when we were ambushed by a local militia force being led by PLA soldiers of the Chinese Communist Party. My superiors ordered us to surrender to the overwhelming numbers of the enemy force and we were captured, forced to the ground, searched, and prodded by Somali militiamen with rusty AK47 rifles. I thought I was going to be executed in the desert that day. For whatever reason we were eventually released and we survived. I never knew why and have nightmares about that event to this day where I do end up dying. This was just one of many traumatic incidents I was a part of overseas. The PTSD I was later diagnosed with from this and other incidents led me down a path of Far Right Extremist ideals which I disavow completely. I don't tell you this to ask for pity or sympathy, but to share some of the trauma that I endured that made me feel the needed to have the type of illegal weapons I did. This doesn't mean I was right, or that my subsequent views were in reality, justifiable. I am disgusted in myself for those views.

After a divorce, separation from the Active Duty military in 2020, and an 80% disability rating from the VA mostly for Combat PTSD, I got together with Bayleigh Hutchins who was compassionate, understanding, and was willing to help me. She and I now share two beautiful children. My daughter Scout Lynn, 2, and my son William Brooks, 4, who is special needs and has been diagnosed with Autism. With her love and the love of my children I found the strength to get help for my psychological issues, including therapy and medications. I have made efforts to turn away from my racist and hateful past by making strong relationships with people of color, LGBT and other groups of people that I previously had so much misguided hate and vitriol for. I was a big part of my autistic son's daily routine and I took steps attending classes with social workers to better understand how to meet his needs. I am lucky that his mother is such a loving and caring and strong woman to be able to hold things together in my absence. The support of my family has helped me start a fresh path away from the hateful views I once held so tightly, and one towards being a better person that my children deserve as a father. I have been working on this process in earnest since 2023. It has not been easy to get better, and I am not all the way to where I want to be but I am working still to this day even after I was arrested.

Since I have been Incarcerated, I have participated in religious activity, meditation classes, and several First Step Act classes to continue my mental healing including veterans resiliency programs that I found very rewarding. This environment is especially difficult to focus on productivity in because the people I am in contact with often hold the same beliefs I have worked so hard to leave behind. I have been in contact with my Therapist, Dr. Ronald Boyd, who is keeping a spot in his practice for me upon my release so we can continue working on my mental health. I have a family who is there to support me, and needs my support. Bayleigh and my children are depending on my VA Disability compensation payments that will stop coming after I am sentenced if I remain incarcerated.

Your Honor, I know that my actions are my responsibility and I must accept the consequences of those actions. I believe in accountability. I want to be accountable for what I have done and for the anxiety, fear, and disruption to the community I have caused. My family has also been struggling to get on without me for nearly an entire year. I want to support and be there for my family and to continue working on myself.

Please have compassion for me your Honor. Let me return to my family and my children and be the dad they deserve as well as a productive and law abiding member of the community. I risked my life in serving this country and her people. I feel that I have let down my country, my family, and myself. This year spent in prison has been a wake up call for me. I would like a second chance to right my wrongs and be the man I know I can be.

Thank you, your Honor.

Kyle Christopher Benton
June 23, 2025.

June 23 2025

# EXHIBIT 2



TemplateLAB

# Certificate of Completion

This is to certify that

## BENTON, KYLE CHRISTOP

Has successfully completed

Course of the **Faith-Based Conflict Management**
approved by BOP First Step Act (FSA) Government
Self Study Program

March 27, 2025

FDC SeaTac, Chaplain Daniel Cho



# EXHIBIT 3



TemplateLAB

# Certificate of Completion

This is to certify that

## BENTON, KYLE CHRISTOP

Has successfully completed

Course of the **House of Healing** approved by BOP

First Step Act (FSA) Government Self Study

Program

FDC SeaTac, Chaplain Daniel Cho

June 14, 2025



# EXHIBIT 4

# CERTIFICATE *of* COMPLETION

THIS ACKNOWLEDGES THAT

## *Kyle Benton*

SUCCESSFULLY COMPLETED THE PROGRAM

# VETERAN RESILIENCE SUPPORT

at the Federal Detention Center in SeaTac, Washington
on July 2, 2025
Thank you for your participation in the program!



K. Baer, Special Populations Program Coordinator   Date

7/2/25

FSA Program

# EXHIBIT 5

To whom it may concern,

Kyle Benton is my close friend and part of my found family. I love him and want to support him any way that I can, as he has done for me. I welcome him to stay at my home so he can meet any requirements for him to be able to rejoin society as a father and worker. I would be happy to provide him a room and the means to meet whatever expectations given to him by the court and parole officer. I would follow any instruction to ensure his compliance for parole, including reporting any lack of compliance. I am trustworthy and invested in his full return to his family.

Kyle has been a caring friend to me for the last year. I've had many personal struggles and changes that Kyle has talked me through, given me hugs, and offered support. Kyle has helped watch my children and has protected them as his own when on a family trip home from Disneyland, an armed homeless person threatened my son. The SeaTac security was unable to do anything about the man who threatened my son, but Kyle was able to make him leave by asserting himself and protecting my son with his words and presence alone. The security at SeaTac was not able to do the same. It was Kyle who kept my family safe, diffusing the situation with a calm sternness that transformed a truly traumatic situation for my son into one where he reflects when Kyle was "brave and kind".

I feel safe around Kyle as a non-binary Native American with a colorful family. My kids are native, my son expresses himself fluidly with gender, and their other parent is a transgender woman. Kyle has always been supportive and even curious to understand my family dynamics more. Kyle attended Snohomish Pride alongside his family, and even went to a pride family picnic with both our families. He has always been a safe person as long as I have known him as my friend. He has never swayed from his support.

Kyle has been there for me during painful and difficult times in my life when I needed someone to vent to and feel understood and seen, and he has always gone above and beyond doing that for me. He has hugged me and told me he's glad that I'm alive. He has cooked with me, taken the kids to the park, laughed and cried with me when I've really needed it. He is a caring, loving dad and a kind, thoughtful friend. He is a hard worker who is good at his job and passionate about being thorough. He has shown consistency and growth for the past 400 plus days and deserves recognition and support.

I admire the trials he has overcome, from what he's shared about me about spending much of his life indoctrinated into hatred that he no longer carries with him. He is full of light and love, often curious and self-motivated to fully understand the thinking of others to protect himself from being in the position to feel brain washed ever again. That is how he describes his past self, from years of being surrounded with ideology and belief that he has condemned and separated himself fully and consistently over a major shift in his life, where he chose family above all else. I have seen him follow this new path unflinchingly, and I am so proud of him.

Thank you for seeing him as the man he is, despite the man he was whom he feels deep regret for.

Avery Tobler

# EXHIBIT 6

To whom it may concern,

I've known Kyle for almost 7 years. We have two children together. We were living together and coparenting at the time of his arrest.

I want to start this off by stating that I left Kyle due to abuse and his extremist views. I left when my son was 1 and my daughter was 3 months old. It wasn't a decision I made lightly. The year before Kyle's arrest, we were living together as coparents because Kyle had taken initiative to change. He changed so much in fact that my own therapist (who helped me leave him), admitted that he seemed to have truly turned his life around. He was seeing his own therapist who genuinely helped Kyle admit to his abuse and to move away from his extremist ideologies. His therapy was hard work but he stuck with it. Kyle became friends with people who his old ideologies wouldn't have allowed. He admitted to his mistakes and abuse. He attended a Pride family picnic and brought the kids to a Pride parade. This is something that Kyle would have NEVER done prior to his year before his arrest. Kyle cut ties with many people who he considered "friends" after coming to realize how wrong and negative his views were. Friends he had since childhood. That wasn't an easy decision for him, but he committed to changing even when it was hard. Kyle has created a new and healthy community who support him through this growth. I say this as someone who was personally harmed by his behavior.

Our two kids are 3 years old and 2 years old. Their names are Brooks and Scout. They went from seeing Kyle every single day to not seeing him for over 6 months now. 6 months is a long time to be missing your parent with only short phone calls to continue any kind of relationship. Kyle used to do bath time, the whole bedtime routine, go to the park, go for walks, and help with any child related appointments. It was a huge struggle getting them to go to sleep for me because Kyle was such a big part of their routine. They used to get so excited when he would get home from work or pick them up from daycare. My son gets visibly upset when Kyle calls them because he doesn't understand where Kyle is. They look at pictures of Kyle and ask where their dad is. They deserve to have the healthy parent they gained the year before the arrest. Kyle has missed our daughter turning 2 and he's about to miss our son turning 4. They are hugely impacted by him being incarcerated.

I am also impacted by Kyle being incarcerated. We lost our apartment. We had to stay in a one bedroom basement after the arrest and I struggled to find resources for me and the kids. I am working full time and parenting full time with no help. All of the finances, childcare, decisions regarding our kids, and housing have fallen on to me. The arrest was a huge shock and I didn't have time to prepare to be completely alone. I had come to depend on Kyle and trust him as he healed and changed. I finally had a healthy coparent and I didn't have to do everything alone. Kyle deserves the opportunity

to be a responsible coparent again. I deserve to have help.

Kyle continues to call and write as often as possible. He talks about wanting to get right back into therapy and work. He wants to hug his kids and do bedtime. He talks about how he is working in prison and taking classes. He isn't letting his mistakes drag him back into extremism or causing harm. Kyle from 2 years ago would've have blamed everyone but himself for this. Kyle from today takes responsibility. That needs recognition.

I'm writing this in hopes that you are able to see the change in him from someone who never thought he would change. Kyle isn't perfect. He has more healing, growth, and change to do. He admits to the harm he's caused. His community has seen the harm he's caused, but they have also seen him begin to repair that harm. That can't be taken lightly considering how long he was stuck in extremism. I hope this time incarcerated is another stepping stone to Kyle leaving his past behind.

Sincerely,
Bayleigh Hutchins

# EXHIBIT 7

04/28/2025

Honorable Judge Tana Lin

700 Stewart Street

Seattle, Washington 98101

RE: A plea of consideration for Kyle Christopher Benton

Dear Honorable Judge Tana Lin,

I am writing this letter to offer my heartfelt plea for leniency and consideration in the case concerning my son, Kyle Benton. I have known Kyle for his entire life and during this time, I have come to understand the true nature of his character.

I am employed with the State of Oregon as a health and human services specialist III.  My position is interviewing and determining eligibility and benefits. I am grateful for the opportunity to help others find a pathway towards self-sufficiency through challenging times in their lives.

I have been privileged to watch Kyle grow and mature  over the years, witnessing his kindness, integrity, generosity, and sense of humor that has personally brought much light to my life. I have also witnessed his dedication to  his partner Bayleigh and he being a loving and protective hands on dad to his two children, William and Scout. Ages 4 and 2.

.

Kyle is a safe and diligent worker who swiftly became a leader in the company that he worked for. He is a good and loyal friend, honest and takes responsibility for his actions and decisions.

Kyle has consistently demonstrated a good sense of right and wrong throughout his childhood. He has always been a friend to all and of a good and kind nature. Kyle seemed

to be the one to build a bridge to bring friends together. He participated in high school sports and drama.

Kyle has a way of making everyone feel included and welcome. He has a sharp intelligent mind and is curious and thoughtful.

While in high school, Kyle was local hero in Astoria. Kyle became aware of a student with a confused mindset, that could have led to being a threat to the students of the local high school. Kyle made the decision to do the right thing and notify the superintendent of the situation that was developing . The young man that was involved was able to receive the mental health support and treatment that he needed.

Kyle has shown a commitment to his community for years, by volunteering his time to fill grocery bags for our local food bank and donating his blood on a consistent basis.


After high school, Kyle decided to enlist in the US military. He was extremely excited to join and follow in his grandfather Bill's steps in serving his country.

I personally noticed a shift in Kyle's ability to navigate his understanding of the world and his place This happened shortly after his honorable discharge from the military. Kyle experienced inexplicable trauma and unresolved grief from a military deployment to Africa.

He sought out ways to manage his feelings and had enormous difficulty in expressing them, specifically to me. To this day, Kyle has not been able to articulate to me what happened in Africa. I hope that one day he will be able to share this with me and that he knows that I will listen without judgement and hold compassion for him.

Kyle has been diligent in recognizing how that experience was effecting the decisions he was making in his life and sought out help through counseling and support through the Veteran's administration. It was the first step to healing and I am immensely proud of him for recognizing that he could not resolve this on his own.

Kyle consistently demonstrates a rare and admirable sense of responsibility and compassion. He has faced numerous challenges with resilience and courage.

Kyle has taken responsibility and is accountable for his lapse of good judgment. I believe that being incarcerated has brought forth a solid lesson learned that will permeate though his heart, mind and soul through his whole lifetime. I also believe that he will give deep thought on every decision he makes going forward.

Kyle's dedication to his family and community has been unwavering and know that with the right guidance and intervention, he will overcome this setback and continue to be a

valuable and contributing member of society. Our family's support is crucial in ensuring that Kyle has the strength and resources to move forward positively.

Your honor, I respectfully ask that you take into consideration the whole person that Kyle Benton is, beyond the current allegations. His history of integrity, dedication, and positive impact on his community and especially his children should be weighed alongside the current circumstances.

Therefore, I hope that you would also consider allowing Kyle to come home to Oregon, where he has a home and family. This will enable him to be surrounded by the love and support he needs to rebuild his life and continue to provide for his children.

Thank you for your time and consideration.

Respectfully,

Kristen Benton

# EXHIBIT 8

Honorable Judge Tana Lin

700 Stewart Street

Seattle, WA 98101


04-28-2025


RE: Kyle Christopher Benton


Dear Honorable Tana Lin,


I am writing this letter of support today to share with you my heartfelt believe in the character and nature of Kyle Benton.  I have been able to get to know Kyle and the family, over the past 6 years through my relationship with his mother, Kristen Benton.

I am the business owner of Tender Earth Yard Care in Eugene Oregon.  In working in the service industry, for over 35 years, I have developed a keen sense of discernment and have seen firsthand the importance of having a good character, integrity and kindness in individuals.

Kyle's positive personality and dedication to his family and work performance has earned my respect and admiration.  I believe that Kyle's actions and character have always reflected his genuine desire to make a positive impact on the lives of his children, coworker's, friends and family.  I am confident, going forward, Kyle will continue to contribute positively to his community and uphold high standards and values.

Kyle is courageous, diligent and possesses a youthful curiosity that has obviously put himself in a pickle.  So, it is decision time.

I believe that life's opportunity in this budding moment with his family and his children has brought clarity to Kyle and his future.  In Kyle I see a young man striving to assert himself as a dad.  I believe that his children have reset his direction, and he needs that opportunity to prosper, thrive and fulfill his destiny.

I believe that Kyle in his thoughts, believes being  incarcerated is not living.  The one thing I have seen in Kyle is that he loves life.

Thank you for considering this letter in your evaluation of Kyle Christopher Benton.

Respectfully,

Ron Pittman

,

**To the Honorable Tana Lin,**

I have had the privilege of working as Kyle Benton's Realtor for over a year, and I have known his mother, Kristen Benton, for many years. Throughout our time working together, Kyle has demonstrated integrity, kindness, and an unwavering desire to help others, often to his own detriment.

As a veteran, Kyle has faced significant challenges, including PTSD. Despite this, his trusting nature and generosity have led him to support individuals who might otherwise struggle to find housing. Unfortunately, this goodwill resulted in tenants who damaged his property and failed to pay rent, causing him immense financial and emotional strain throughout 2024. His selflessness in aiding those in need should be recognized as a testament to his character.

At no point have I felt unsafe or threatened in my interactions with Kyle. His situation is complex, but his dedication to improving his life and his mental health is undeniable. The United States faces alarming statistics regarding mental health treatment, and Kyle deserves the opportunity to return to his family and continue his recovery in a supportive environment.

I respectfully urge consideration of his circumstances and hope he is given the chance to move forward with the support and stability he needs.

**Fondly,**

Kathren Rusinovich

Christopher Svendsen-Fausone                                    April 27, 2025

RE: Kyle Benton

To The Honorable Judge,

This letter serves as a second character reference for Kyle Benton, who has currently been behind bars for around eight months. I've kept in touch with Kyle throughout this time, and I am aware of the reasons for his arrest and detention. He has undoubtedly made some grave errors in his life, just like everyone else. The Kyle I know is a kind man who wants to improve his own and his children's futures and takes responsibility for his actions and mistakes.

Over the course of the four years that I have had the privilege of knowing Kyle as a friend and coworker, I have had plenty of opportunity to watch his behavior and character. Kyle has continuously shown himself to be accountable, committed, reliable, loyal, and honest. His family is everything to him, and even if he and Bayleigh are no longer together, his dedication to their children is clear. He is a kind and committed parent who puts his kids' welfare first. Kyle has always been the first to offer his assistance when I've needed it, whether it be moving heavy objects or mending something around the house. His readiness to help people in both personal and professional contexts says a lot about who he is as a person.

Kyle was one of my top techs when I was recruited as a Service Manager at Edge Pest Control, which is how I first met him. I trusted him to handle difficult clients and teach new hires, and he soon rose to a senior position because of his commitment and abilities. Our business partnership developed into a friendship that has lasted even after I left the company. Kyle spent a month with my family around about two years ago while he worked to rebuild his life. I immediately invited him into my house since I completely trusted him with my family and my home. If my children were younger, I would have no reservations about letting him babysit them, as I know he is a genuinely wonderful and trustworthy person.

In summary, I wholeheartedly recommend Kyle Benton for release. His strong character, integrity, and unwavering commitment to his family and friends make him deserving of your consideration for release. Kyle Benton's positive qualities and trustworthy nature have been consistently demonstrated, making him a valuable asset to any community. I am confident that he will continue to make positive contributions and uphold his strong moral values in the future.

Sincerely,

Christopher Svendsen-Fausone

September 21, 2024

Your Honor,

I am writing to you in my capacity as Kyle Benton's brother in law to advocate for him. He and I have known one another for approximately 7 years. The day I first met Kyle he'd just returned from his deployment in Africa with the U.S. Army.

My first impression of him was that he was intelligent, respectful, kind, humble, open minded and genuinely good hearted. During our dinner that evening he had told his sister and I that more than anything he wanted to be a good father and create the kind of family he never had.

Before sharing further, I feel it pertinent to note my professional background given that I feel Kyle faced many of the same challenges as a youth and young adult that many of my clients over the years faced.

I've been working with at-risk, disadvantaged, foster, gang affected and homeless youth and their families for 20 years. I have also worked as a mental health consultant and personal coach with adults from all walks of life. Many of my contracts were with the Oregon Department of Human Services to provide non- traditional mentoring services to foster youth who the state deemed, "the hardest to serve" youth in the state of Oregon. My program worked with youth from ages 5 to 18.

My staff and I provided culturally specific, non-traditional therapeutic interventions primarily to Native, Latino and African American youth, as well as Caucasian youth. I also provided cultural awareness trainings to the State of Oregon, Multnomah County and City of Portland employees and service providers working with these populations of youth and their families.

During my initial talks with Kyle, he shared his family and African deployment history with me. One of the things that he confessed to me after returning from his deployment was that he felt "God would never forgive him for carrying out his orders in Africa."

When he told me that, it was professionally clear to me that he had genuine remorse for what he had to do there.

According to Kyle, throughout his life, he lacked having trustworthy people around him. He grew up in unstable homes with unstable adults who physically and emotionally abused him and his siblings. This and what his Superiors ordered him to do in Africa, resulted in him feeling a deep need to protect himself and those he loves.

Kyle has done a great deal of therapeutic work to move through this fear and provide non-violent "protection" for his family by providing a stable home environment for the mother of his children, his children and himself. Prior to his arrest, he had accomplished a great deal providing a consistent stability and deep love for the mother of his children and children.

The therapeutic path he was on before he was arrested for possessing a firearm, was a non-violent and worthwhile path for both himself and his family. A path I witnessed him work so very hard to be on for the past 7 years.

To close, what has professionally and personally impressed me about Kyle over the years, is his consistent willingness to get professional and personal help and support to become the best version of himself.

What I've personally witnessed and experienced as the best version of himself is that he's a great brother in law and friend to me and I have a great deal of respect for him as a man who is dedicated to be a good husband, father, brother and friend.

Thank you for your time, Your Honor. I sincerely hope the information I have provided you will help you to make the best decision for the Court, Kyle and his family.

Sincerely,

C. Gregorio Acuña

September 20, 2024
Ravyn Benton
███████████████
Tombstone, AZ

Your Honor,

I am writing to you in my capacity as Kyle Benton's older sister to advocate for him. We have known each other our entire lives.

Growing up together, I've witnessed firsthand Kyle's character and motivations. It is my honor to vouch for him.

Kyle and I are the only two of our siblings who have truly escaped the reality of our childhood. Our upbringing was unstable, save for the fact that we always had a roof over our head.

My father died when I was three. Within months, Kyle's father entered our lives, and we relocated from Las Vegas, Nevada to Oregon. Shortly after arriving, Kyle was born.

By the time Kyle was five, ████████████████████████████████████████
████████████████████████████ Some of my earliest memories include witnessing my mother being severely injured by Kyle's father while Kyle was being carried over his shoulder. We were all subjected to brutal physical and emotional abuse. His father was eventually arrested and sentenced to prison for six years for his domestic violence. While Kyle was too young to consciously remember much of that time, there's no doubt in my mind our childhood deeply affected him, his sense of safety and feeling the need to always protect himself and his family.

After his father's release, Kyle and our youngest brother were sent to live with him by my mother. This led to more years of abuse for them. They were later returned to my mother's home. Kyle my brothers and I spent the rest of our formative years experiencing emotional abuse, neglect, and instability in her home. It was so bad, the Assistant Principal at my High School vouched for me leaving. I was seventeen years old. I went to live with my best friend's family, secured two jobs and graduated from High School. Kyle begged me to take him with me so he could get away from our mother but I couldn't.

Kyle received little direction in life, had no real support system, and hadn't begun to process his experiences when he decided to enlist in the military. He was deployed to Africa. He was approximately 21 years old. The deployment profoundly altered him. When he returned and I knew he would need significant support upon his return. My husband and I, both experienced in working with youth and families in foster care, maintained close contact with him. I became a confidant and advocate, and we have remained in touch ever since.

In the years following his deployment, after hearing his accounts of the horrific things he witnessed and was ordered to do, I understood why transitioning to civilian life was so difficult for him.

While I do not agree with some of his past choices, actions or ideologies, I think much of his conduct was a coping mechanism for the trauma and PTSD he developed from his childhood and being in the service. And, from what I witnessed, I feel he didn't receive enough support from the government after returning to civilian life.

Since becoming a father, I've seen Kyle undergo significant positive changes. I receive almost daily photos and videos of his beautiful, happy, and healthy children. I genuinely think one of his greatest aspirations is to create a healthy family and be a supportive and present father, given his own lack of those experiences growing up.

Beyond his family life, I would like to speak to Kyle's personal character. He is a deeply caring individual with a great heart. He is hilarious, resilient, creative, fiercely loyal, and a natural leader. Being someone he trusts for advice or support means a lot to me, and I respect him and am proud to be his sister.

Even when we've faced disagreements or challenges, especially in recent years as he's been regularly attending therapy sessions, he has demonstrated a willingness to listen, acknowledge his actions, shift perspectives, and share his viewpoints respectfully. I believe and have experienced Kyle as someone with a true capacity for change and growth. I have seen him take concrete steps towards becoming more healthy and whole, especially in the last two years. And I believe if given the chance, he could be a valuable member of society and an even better provider for his family.

I hope this letter provides a more complete picture of who Kyle is.


Sincerely,


Ravyn Benton

Your Honour,

My name is Alyson Browder, and I have known Kyle Benton for about 3 years, we used to work together at Saela pest control. I understand that Kyle Benton must attend court due to gun charges. Kyle is an amazing father and a great friend. Throughout working together and even maintaining a friendship outside of work he has been nothing but supportive and kind to me. He has shown up to help through my darkest times when my depression is bad and always checking in on me. Kyle Benton is hardworking, trustworthy, kind, and a good father.

Yours truly,

Alyson Browder

