The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE CHRISTOPHER BENTON,<br><br>Defendant. | NO. CR24-162 TL<br><br>UNITED STATES' UNOPPOSED MOTION TO SEAL EXHIBIT A<br><br>NOTE ON MOTION CALENDAR:<br>July 9, 2025 |

The United States hereby requests that Exhibit A (Photograph), which will be filed under seal following this motion, be allowed to remain under seal. The Exhibit contains an image of one of Benton's rifles pointed at his minor child, recovered from Benton's cellphone, which was searched pursuant to a judicially authorized search warrant.

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cnty. of Honolulu,* 447 F. 3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). This right is justified by the interests of citizens in "keeping a watchful eye on the workings of public agencies. *Id.* A party seeking to seal a judicial record bears the burden of overcoming this strong presumption by meeting the 'compelling reasons' standard. *Kamakana,* 447 F.3d at 1178. What constitutes a

Motion to Seal Exhibit A - 1
*United States v. Kyle Benton* / CR24-162 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  "compelling reason" is "best left to the sound discretion of the trial court." *Nixon,* 435 U.S.
2  at 599.
3       Here, the image the government seeks to file under seal is the child of the defendant.
4  The image shows the minor child with a rifle barrel trained on its head from what appears
5  to be close range. The government believes the image, by its nature, cannot be redacted.
6  Because the image cannot be redacted, the government believes the child's privacy interest
7  in this context satisfies the compelling reasons standard. As such, the government
8  respectfully requests that Exhibit A remain under seal.
9       The government consulted with Benton's attorney, Dawn Farina, who indicated that
10 this motion could be filed unopposed.
11      DATED this 9th day of July, 2025.

    Respectfully submitted,

    TEAL LUTHY MILLER
    Acting United States Attorney


    */s/ Brian J. Wynne*
    BRIAN J. WYNNE
    Assistant United States Attorney
    700 Stewart Street, Suite 5220
    Seattle, WA 98101-1271
    Telephone:  (206) 553-7970
    Fax:        (206) 553-4659
    E-mail:     Brian.Wynne@usdoj.gov

Motion to Seal Exhibit A - 2
*United States v. Kyle Benton* / CR24-162 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970